# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

CASE NO. _____23-mj-02969-AOR_____

UNITED STATES OF AMERICA,

v.

ESTHELIO JIMENEZ,
PEDRO BONILLA, and
RODOLFO GOMEZ,

**Defendants,**

_____/

## CRIMINAL COVER SHEET

1.    Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek M. Maynard)? No

2.    Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to October 3, 2019 (Mag. Judge Jared M. Strauss)? No

3.    Did this matter involve the participation of or consultation with now Magistrate Judge Eduardo I. Sanchez during his tenure at the U.S. Attorney's Office, which concluded on January 22, 2023? No

Respectfully submitted,

MARKENZY LAPOINTE
UNITED STATES ATTORNEY

By: *Michele Vigilance*
_____
MICHELE VIGILANCE
Assistant United States Attorney
Court ID No. A5502091
99 N.E. 4th Street
Miami, FL 33132
Tel. No. (305) 432 1406
E-mail: Michele.Vigilance@usdoj.gov

AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
## for the
### Southern District of Florida

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| | )    Case No.  23-mj-02969-AOR |
| ESTHELIO JIMENEZ, PEDRO BONILLA | ) |
| and RODOLFO GOMEZ, | ) |
| | ) |
| _____ | ) |
| *Defendant(s)* | |

## CRIMINAL COMPLAINT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ May 12, 2023 _____ in the county of _____ Miami-Dade _____ in the

_____ Southern _____ District of _____ Florida _____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 46, United States Code, Section 70506(b) | Conspiracy to possess with intent to distribute five (5) or more kilograms of cocaine while on board a vessel subject to the jurisdiction of the United States, in violation of 46 U.S.C. § 70503(a)(1); all in violation of 46 U.S.C. § 70506(b). |

This criminal complaint is based on these facts:

SEE ATTACHED AFFIDAVIT.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Lewis Hosch, Special Agent, DEA
*Printed name and title*

Attested to by the Applicant in accordance with the requirements of Fed.R.Crim.P. 4.1 by ___Face Time___

Date: 5/22/23 _____

_____
*Judge's signature*

City and state: _____ Miami, Florida _____

Hon Alicia M. Otazo-Reyes, United States Magistrate Judge
*Printed name and title*

## AFFIDAVIT

I, Lewis Hosch, being duly sworn, hereby depose and state the following:

1.      I am employed as a Detective with the City of Homestead Police Department and have served in this capacity since January 2005. I am currently a Task Force Officer with the Drug Enforcement Administration ("DEA") and have served in this capacity since August 2019. As such, I am an investigative or law enforcement officer within the meaning of Title 18, United States Code, Section 2510 (7), that is, an officer of the United States who is empowered by law to conduct investigations of, and to make arrests for, offenses enumerated in Titles 18, 21, and 46 of the United States Code. I am currently assigned to the DEA's Miami Field Division in Miami, Florida and have personally conducted and participated in numerous investigations resulting in the arrest and prosecution of various individuals for federal narcotics violations. Based on my training and experience as a Task Force Officer with the DEA, I am familiar with the manner in which narcotics traffickers and narcotics-trafficking organizations operate. I am also knowledgeable about federal criminal statutes, particularly narcotics statutes.

2.      The facts set forth in this Affidavit are based on my personal knowledge as well as information obtained from others. This Affidavit is submitted for the limited purpose of establishing probable cause in support of a Criminal Complaint against ESTHELIO JIMENEZ, PEDRO BONILLA, and RODOLFO GOMEZ, for knowingly and willfully conspiring to possess with intent to distribute five kilograms or more of cocaine while on board a vessel subject to the jurisdiction of the United States, in violation of Title 46, United States Code, Section 70506(b).

3.      On or about May 12, 2023, a Caribbean Air and Marine Branch (CAMB) Maritime

Patrol Aircraft (MPA) located a Go-Fast Vessel (GFV) approximately 170 nautical miles South of Isla Beata, DR., in international waters. The GFV had three individuals on board, 2 outboard engines, a large amount of fuel drums, and displayed no indicia of nationality, and had visible packages on board. The CGC BEAR was diverted to interdict and investigate. District 7 assumed tactical control of CGC BEAR and granted a Statement of No Objection for the CGC BEAR to conduct a Right of Visit boarding. The CGC BEAR launched their over the horizon (OTH) boat with a boarding Team (BT) embarked to interdict the GFV.

4.      The Helo with AUF deployed 25 warning shots and 01 round of disabling fire which was effective. The Boarding Team (BT) gained positive control of the GFV in position. As a result of standard right of visit boarding questions, through a translator 02 POB claimed Dominican nationality and 01 POB claimed Columbian nationality. No claim of nationality was made for the vessel. D7 granted an SNO to treat the vessel without nationality (TWON). 02 NIK tests were conducted on the 29 bales aboard the TOI which yielded positive results for cocaine. Consequently, the vessel was treated as a vessel without nationality and, therefore, subject to the jurisdiction of the United States.

5.      The three individuals on board were later identified as ESTHELIO JIMENEZ a Colombian national, and RODOLFO GOMEZ and PEDRO BONILLA both nationals of the Dominican Republic. District 7 granted an SNO for boarding complete and to destroy the vessel as a danger to navigation due to no suitable tow points, distance from land, no navigation lights, and engines not operable. The boarding team recovered and seized a total of twenty-nine bales. The contents of the bales were field tested and tested positive for the presence of cocaine with an approximate weight of 725 kilograms of cocaine. All individuals, along with the suspected cocaine, were transferred to the CGC BEAR.

2

Based on the foregoing facts, I submit that probable cause exists to believe that **ESTHELIO JIMENEZ, PEDRO BONILLA, and RODOLFO GOMEZ**, did knowingly and willfully conspire to possess with intent to distribute five kilograms or more of cocaine, while on board a vessel subject to the jurisdiction of the United States, in violation of Title 46, United States Code, Section 70506(b).

**FURTHER AFFIANT SAYETH NAUGHT.**

LEWIS HOSCH
SPECIAL AGENT
DRUG ENFORCEMENT ADMINISTRATION

Attested to by the applicant in accordance with the requirements of Fed.R.Crim.P. 4.1 by Face Time this __22nd__ day of May 2023.

HONORABLE ALICIA M. OTAZO-REYES
UNITED STATES MAGISTRATE JUDGE

3